AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00025 |
| LEONARD DARNELL SHORT | ) | Assigned To : Judge Moxila A. Upadhyaya |
| DOB: xx/xx/xxxx; PDID: xxx-xxx | ) | Assign. Date : 1/24/2024 |
| JAMES MARTIN | ) | Description: COMPLAINT W/ARREST WARRANT |
| DOB: xx/xx/xxxx; PDID: xxx-xxx | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about the date  June 2023 through November 2023  in the county of  Washington  in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846, § 841(a)(1) and § 841(b)(1)(C); | Conspiracy to Possess with intent to Distribute a Detectable Amount of Fentanyl;  (SHORT and MARTIN) |
| 21 U.S.C. § 860(a), § 841(a)(1) and § 841(b)(1)(C) | Unlawful Possession with Intent to Distribute a Detectable Amount of Fentanyl within 1000 Feet of a School and/or Playground  (SHORT) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

BRETT LEMBKE, Specail Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means). Sworn to before me and signed in my presence.

Date: 01/24/2024

*Judge's signature*

City and state:  WASHINGTON, DC     MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*